# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF CORONADO,<br><br>　　Plaintiff and Petitioner,<br><br>v.<br><br>SAN DIEGO COUNTY LOCAL AREA FORMATION COMMISSION, CITY OF IMPERIAL BEACH<br><br>　　Defendants. | Case No.: 16-cv-3020-CAB-WVG<br><br>ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [Doc. No. 37] |
| CITY OF IMPERIAL BEACH<br><br>　　Cross Plaintiff and Petitioner,<br><br>v.<br><br>SAN DIEGO COUNTY LOCAL AGENCY FORMATION COMMISSION, CITY OF CORONADO, UNITED STATES AMERICA; UNITED STATES NAVY, and DOES 1 through XX, Inclusive,<br><br>　　Cross Defendants and Respondents. | |

Before the Court is the parties' joint motion to dismiss this case with prejudice. Good cause appearing, the Court **GRANTS** the motion and **ORDERS** that this case shall be dismissed in its entirety (including all crossclaims and counterclaims) with prejudice, with each party to bear its own costs, expenses, and fees.

**IT IS SO ORDERED.**

Dated: June 28, 2017

_____
Hon. Cathy Ann Bencivengo
United States District Judge